UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>OFFICER S. HUMPHREY, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1418(CKK) |

**DEFENDANT UNITED STATES' MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, United States of America[1], by and through its undersigned attorneys, respectfully moves for an enlargement of time up to and including October 14, 2005 to answer, move or otherwise respond to plaintiff's Complaint. The current deadline is Tuesday, September 20, 2005. No previous extensions have been sought by or granted to defendant United States for this purpose. Pursuant to Local Rule 7(m), the United States' counsel contacted plaintiff's counsel who graciously does not oppose this motion. In support of the motion, defendant states the following.

The undersigned counsel is requesting additional information which will impact the form of defendant United States' response to plaintiff's Complaint (i.e., an answer or

---

[1] Defendants Humphrey and Moore are filing a motion to dismiss by September 20, 2005.

dispositive motion). The undersigned counsel does not anticipate receiving this additional information in sufficient time to draft defendant's response to plaintiff's Complaint by the current deadline. Additionally, the undersigned counsel has a dispositive motion and deposition preparations in two separate Title VII cases over the next week, and for this reason as well, defendant United States does not anticipate being able to respond to plaintiff's Complaint by the current deadline. Accordingly, for the reasons stated herein, defendant United States respectfully requests an extension up to and including October 14, 2005 to answer, move or otherwise respond to plaintiff's Complaint.

     A proposed Order consistent with the relief requested herein is attached hereto.

                              Respectfully Submitted,

                              /s/ Kenneth L. Wainstein /bmr
                              _____
                              KENNETH L. WAINSTEIN, D.C. BAR # 451058
                              United States Attorney

                              /s/ R. Craig Lawrence /bmr
                              _____
                              R. CRAIG LAWRENCE, D.C. BAR # 171538
                              Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
Ph: (202) 307-0492