UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN, )<br>)<br>    Plaintiff )<br>) Civil Action No. 05-1418(CKK)<br>    v. )<br>)<br>OFFICER S. HUMPHREY, et al., )<br>)<br>    Defendants. )<br>) | |

**NOTICE OF SUBSTITUTION OF THE UNITED STATES
AS SOLE DEFENDANT**

Pursuant to 28 U.S.C. § 2679(d)(1), defendants Scott Humphrey and Renoard Moore, both officers with the United States Capitol Police, are replaced as defendants by the United States by virtue of the certification that Messrs. Humphrey and Moore were acting within the scope of their employment at the time of the events alleged in plaintiff's complaint.  See 28 U.S.C. § 2679(d)(1).[1]  Accordingly, defendants Humphrey and Moore shall be dismissed from this suit and the United States shall be substituted as the sole defendant in this matter.[2]

---

[1] In plaintiff's supplemental statement attached to his Standard Form 95 (i.e., his administrative tort claim), plaintiff expressly states that he "was injured while the Officers were acting within the scope of their employment with the Federal Government."

[2] On Monday, September 19, 2005, defendant United States moved for an enlargement of time up to and including October 14, 2005 to answer, move or otherwise respond to plaintiff's Complaint.

Date: September 20, 2005               Respectfully Submitted,


                                       /s/ Kenneth L. Wainstein /rcl
                                       _____
                                       KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                       United States Attorney


                                       /s/ R. Craig Lawrence

                                       _____
                                       R. CRAIG LAWRENCE, D.C. BAR # 171538
                                       Assistant United States Attorney


                                       /s/ Beverly M. Russell
Of Counsel:                            _____
Scarlett D. Grose,                     BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant Counsel                      Assistant United States Attorney
United States Capitol Police           U.S. Attorney's Office for the District of Columbia,
                                         Civil Division
                                       555 4th Street, N.W., Rm. E-4915
                                       Washington, D.C.  20530
                                       Ph:  (202) 307-0492