UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 05-1418(CKK) |
| v. ) | |
| ) | |
| Officer S. Humphrey, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION

I, R. Craig Lawrence, Acting Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on June 7, 2004, hereby certify that I have read the complaint in <u>John Sullivan v. Officer S. Humphrey, et al.</u>, Civil Action No. 05-1418(CKK)(D.D.C., filed July 18, 2005), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that defendants Scott Humphrey and Renoard Moore were acting within the scope of their employment as employees of the United States at the time of the alleged incidents.

September 20, 2005

R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney
Chief, Civil Division