UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN, )<br>)<br>    Plaintiff )<br>)   Civil Action No. 05-1418(CKK)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant. )<br>) | |

**ORDER**

UPON CONSIDERATION of Defendant United States' Motion to Dismiss, or Alternatively, for a Stay, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of _____, 2005 hereby

ORDERED that Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that Plaintiff's complaint against the United States is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:
Patricia M. Thornton
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770

Brad D. Weiss
Charapp & Weiss, LLP
8300 Greensboro Drive, Suite 200
McLean, Virginia 22102

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C. 20530