UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN,            )<br>                                          )<br>            Plaintiff          )<br>                                          )<br>    v.                                 )<br>                                          )<br>UNITED STATES OF AMERICA,  )<br>                                          )<br>            Defendant.     )<br>                                          ) | Civil Action No. 05-1418(CKK) |

**DEFENDANT UNITED STATES' FIRST MOTION FOR ENLARGEMENT
OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY,
FOR A STAY AND TO OPPOSE PLAINTIFF'S MOTION TO STRIKE
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, United States of America, by and through its undersigned attorneys, respectfully moves for an enlargement of time up to and including November 21, 2005 to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for a Stay and to oppose Plaintiff's Motion to Strike the Declaration of Edward G. Duncan. The current deadlines for the reply and opposition are Friday, November 4, 2005 and Tuesday, November 8, 2005, respectively. No previous extensions have been sought by or granted to Defendant United States for these purposes. Pursuant to Local Rule 7(m), the United States' counsel contacted Plaintiff's counsel on Thursday, November 3, but was unable to reach her. Accordingly, Defendant United States is unable to present Plaintiff's position on this non-dispositive motion. In support of the motion, Defendant states the following.

The undersigned counsel assigned this matter had a responsive memorandum due to the Court on Friday, October 28 in a Title VII discrimination suit which took considerably more time than anticipated; had a deposition on Tuesday, November 1, in another Title VII case on the unusual issue of enforcing a settlement agreement; had a reply memorandum due as a response to an opposition to a Protective Order in a constitutional tort suit on Wednesday, November 2; had discovery due Thursday, November 3 in yet a third Title VII case; has a summary affirmance motion due to the U.S. Court of Appeals for the District of Columbia Circuit next week in a Title VII case that went to trial but for which the undersigned counsel did not serve as trial counsel; and also, early next week, has a deposition scheduled of the attorney on the matter related to enforcing a settlement agreement. Accordingly, given these workload demands and others, the undersigned counsel does not anticipate completing the reply and opposition in this case by the current deadlines, and thus, Defendant respectfully requests an extension up to and including November 21, 2005 to file its reply and opposition memorandum.

A proposed Order consistent with the relief requested herein is attached hereto.

Respectfully Submitted,

/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ R. Craig Lawrence /bmr
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
United States Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant United States' First Motion for Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for a Stay and to Oppose Plaintiff's Motion to Strike and Memorandum in Support Thereof* was made, this 4th day of November, 2005 by the Court's Electronic Case Filing System to:

Patricia M. Thornton
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770

and by first class, postage prepaid mail to:

Brad D. Weiss
Charapp & Weiss, LLP
8300 Greensboro Drive, Suite 200
McLean, Virginia 22102

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney