UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN,              )<br>                                        )<br>        Plaintiff            )<br>                                        )<br>     v.                           )<br>                                        )<br>OFFICER S. HUMPHREY, et al., )<br>                                        )<br>        Defendants.           )<br>_____)  | Civil Action No. 05-1418(CKK) |

**ORDER**

UPON CONSIDERATION of *Defendant United States' First Motion for Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for a Stay and to Oppose Plaintiff's Motion to Strike and Memorandum in Support Thereof,* and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including November 21, 2005 to file its opposition and reply.

SO ORDERED.

_____                      _____
DATE                                                      UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Patricia M. Thornton
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770

Brad D. Weiss
Charapp & Weiss, LLP
8300 Greensboro Drive, Suite 200
McLean, Virginia 22102

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C. 20530