IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>)<br>UNITED STATES OF AMERICA )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 1:05CV01418(CKK) |

**PLAINTIFF'S REPLY TO
DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO REPLY TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR
ALTERNATIVELY, FOR A STAY AND TO OPPOSE PLAINTIFF'S MOTION TO
STRIKE AND MEMORANDUM IN SUPPORT THEREOF**

COMES NOW the Plaintiff, John Sullivan ("Mr. Sullivan"), by and through counsel, and pursuant to the Federal Rules of Civil Procedure, offers no objection to Defendant United States' First Motion for Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for a Stay and to Oppose Plaintiff's Motion to Strike and Memorandum in Support Thereof, up to and including November 21, 2005.

Respectfully submitted,

/s/ Patricia M. Thornton
Patricia M. Thornton (D.C. Bar No. 354951)
BACON, THORNTON & PALMER, LLP
6411 Ivy Lane; Suite 706
Greenbelt, Maryland 20770
(301) 345-7001 (office)
(301) 345-7075 (facsimile)

        /s/ Brad D. Weiss
_____
Brad D. Weiss, Esq. (D.C. Bar No. 370947)
CHARAPP & WEISS, LLP
8300 Greensboro Drive; Suite 200
McLean, Virginia 22102
(703) 564-0220 (office)
(703) 564-0221 (facsimile)

Counsel for Plaintiff John Sullivan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Reply to Motion for Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for a Stay and to Oppose Plaintiff's Motion to Strike and Memorandum in Support Thereof Plaintiff's Opposition to Defendant's Motion to Dismiss was served via first-class mail, postage prepaid, and the Court's Electronic Case Filing System on this **4th** day of **November 2005,** to the following:

>Kenneth L. Wainstein, Esq.
>R. Craig Lawrence, Esq.
>Beverly M. Russell, Esq.
>U.S. ATTORNEY'S OFFICE
>FOR THE DISTRICT OF COLUMBIA, CIVIL DIVISION
>555 4th Street, N.W., Rm. E-4915
>Washington, D.C. 20530
>(202) 307-0492
>Counsel for Defendant United States

/s/ Brad D. Weiss
Brad D. Weiss
Counsel for Plaintiff John Sullivan