UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 05-1418(CKK) |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT UNITED STATES' SECOND MOTION FOR ENLARGEMENT
OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY,
FOR A STAY AND TO OPPOSE PLAINTIFF'S MOTION TO STRIKE
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, United States of America, by and through its undersigned attorneys, respectfully moves for an enlargement of time up to and including November 28, 2005 to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for a Stay and to oppose Plaintiff's Motion to Strike the Declaration of Edward G. Duncan. The current deadline for the reply and opposition is today, November 21. One previous extension was granted to Defendant United States for these purposes. Pursuant to Local Rule 7(m), the United States' counsel contacted Plaintiff's counsel on Friday, November 18, but was unable to

reach her.[1]  Accordingly, Defendant United States is unable to present Plaintiff's position on this non-dispositive motion.  In support of the motion, Defendant states the following.

Over the past week, the undersigned attorney assigned this matter has dealt with multiple work-related demands including discovery matters in a Title VII case and filings before this Court.  Accordingly, Defendant does not anticipate being able to complete its opposition and reply in this case in time for agency and internal review and filing with this Court by the current deadline, and thus, is respectfully seeking an extension up to and including November 28, 2005 to do so.

A proposed Order consistent with the relief requested herein is attached hereto.

Respectfully Submitted,

/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ R. Craig Lawrence /bmr
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

---

[1] The undersigned counsel left a voice mail message detailing Defendant's intent to seek the extension requested herein.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
United States Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of ***Defendant United States' Second Motion for Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for a Stay and to Oppose Plaintiff's Motion to Strike and Memorandum in Support Thereof*** was made, this 21st day of November, 2005 by the Court's Electronic Case Filing System to:

Patricia M. Thornton
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney