## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN      ) | |
| ) | |
| **Plaintiff,**    ) | |
| v.          ) | **Civil Action No. 1:05CV01418(CKK)** |
| ) | |
| ) | |
| UNITED STATES OF AMERICA   ) | |
| ) | |
| **Defendant.**    ) | |
| _____ ) | |

## PLAINTIFF'S REPLY TO DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY, FOR A STAY AND TO OPPOSE PLAINTIFF'S MOTION TO STRIKE AND MEMORANDUM IN SUPPORT THEREOF

COMES NOW the Plaintiff, John Sullivan ("Mr. Sullivan"), by and through counsel, and pursuant to the Federal Rules of Civil Procedure, offers no objection to Defendant United States' Second Motion for Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for a Stay and to Oppose Plaintiff's Motion to Strike and Memorandum in Support Thereof, up to and including November 28, 2005.

Respectfully submitted,


_____/s/ Patricia M. Thornton_____
Patricia M. Thornton (D.C. Bar No. 354951)
BACON, THORNTON & PALMER, LLP
6411 Ivy Lane; Suite 706
Greenbelt, Maryland 20770
(301) 345-7001 (office)
(301) 345-7075 (facsimile)


_____/s/ Brad D. Weiss_____
Brad D. Weiss, Esq. (D.C. Bar No. 370947)
CHARAPP & WEISS, LLP
8300 Greensboro Drive; Suite 200
McLean, Virginia 22102
(703) 564-0220 (office)
(703) 564-0221 (facsimile)

Counsel for Plaintiff John Sullivan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Reply to the Second Motion for Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for a Stay and to Oppose Plaintiff's Motion to Strike and Memorandum in Support Thereof Plaintiff's Opposition to Defendant's Motion to Dismiss was served via first-class mail, postage prepaid, and the Court's Electronic Case Filing System on this **22nd** day of **November 2005,** to the following:

> Kenneth L. Wainstein, Esq.
> R. Craig Lawrence, Esq.
> Beverly M. Russell, Esq.
> U.S. ATTORNEY'S OFFICE
> FOR THE DISTRICT OF COLUMBIA,
> CIVIL DIVISION
> 555 4th Street, N.W., Rm. E-4915
> Washington, D.C. 20530
> (202) 307-0492
> Counsel for Defendant United States

>                     /s/ Brad D. Weiss
>                     Brad D. Weiss
>                     Counsel for Plaintiff John Sullivan