```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

JOHN SULLIVAN,                )
                              )
    Plaintiff              )
                              )
  v.                          )    Civil Action No. 05-1418(CKK)
                              )
                              )
UNITED STATES OF AMERICA,     )
                              )
    Defendant.             )
_____)

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE**

Defendant respectfully notes to the Court that its opposition to Plaintiff's Motion to Strike was submitted as part of its reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for a Stay. <u>See</u> R. 13. A proposed Order consistent with the relief requested in defendant's opposition is attached hereto.

Date: November 28, 2005          Respectfully Submitted,


                                 /s/ Kenneth L. Wainstein /bmr
                                 _____
                                 KENNETH L. WAINSTEIN, DC BAR # 451058
                                 United States Attorney


                                 /s/ R. Craig Lawrence /bmr
                                 _____
                                 R. CRAIG LAWRENCE, D.C. BAR # 171538
                                 Assistant United States Attorney

```
                              /s/ Beverly M. Russell
                              _____
                              BEVERLY M. RUSSELL, D.C. Bar #454257
                              Assistant United States Attorney
                              U.S. Attorney's Office for the
                               District of Columbia, Civil Division
                              555 4th Street, N.W., Rm. E-4915
                              Washington, D.C.  20530
                              Ph:  (202) 307-0492
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of ***Defendant's Opposition to Plaintiff's Motion to Strike*** was made, this 28th day of November, 2005 by the Court's Electronic Case Filing System to:

Patricia M. Thornton
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770

Brad D. Weiss
Charapp & Weiss, LLP
8300 Greensboro Drive, Suite 200
McLean, Virginia 22102

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney