```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

JOHN SULLIVAN,                     )
                                   )
        Plaintiff                  )
                                   )
   v.                              )   Civil Action No. 05-1418(CKK)
                                   )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
        Defendant.                 )
_____    )
```

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Strike the Declaration of Edward G. Duncan, Defendant's opposition thereto, and the entire record herein, it is on this ___ day of _____, 200__ hereby

ORDERED that Plaintiff's Motion to Strike is DENIED;

SO ORDERED.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

<u>Copies of this order to</u>:
Patricia M. Thornton
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770

Brad D. Weiss
Charapp & Weiss, LLP
8300 Greensboro Drive, Suite 200
McLean, Virginia 22102

Beverly M. Russell
U.S. Attorney's Office for the
  District of Columbia, Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C.  20530