UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 05-1418 (CKK) |

**ORDER**
(June 22, 2006)

For the reasons set forth in an accompanying Memorandum Opinion, it is, this 22nd day of June, 2006, hereby

ORDERED that [6] Defendant United States' Motion to Stay is GRANTED; it is also

ORDERED that [6] Defendant United States' Motion to Dismiss is DENIED WITHOUT PREJUDICE; it is also

ORDERED that [8] Plaintiff's Motion to Strike the Declaration of Edward G. Duncan is GRANTED; it is also

ORDERED that Plaintiff has until August 3, 2006, to file a grievance with the Secretary of Labor pursuant to the Federal Employees' Compensation Act (FECA); it is also

ORDERED that the instant case is stayed until September 15, 2006, by which date the Parties should file a joint status report with the Court regarding the progress of Plaintiff's FECA claims.

                                                                                                    */s/*
                                                                      COLLEEN KOLLAR-KOTELLY
                                                                      United States District Judge