CHARAPP & WEISS, LLP
ATTORNEYS AT LAW
8300 GREENSBORO DRIVE
SUITE 200
McLEAN, VIRGINIA 22102

TELEPHONE (703) 564-0220
FACSIMILE (703) 564-0221
WWW.CWATTORNEYS.COM

RECEIVED
JUL 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

July 20, 2006

**VIA FEDERAL EXPRESS**

Nancy Mayer-Whittington, Clerk of the Court
Clerk's Office, United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    John Sullivan v. United States of America Civil Action No. 05-1418 (CKK)

Dear Ms. Mayer-Whittington:

Enclosed please find a copy of Congressman John Sullivan's Federal Employee's Notice of Traumatic Injury and Claim for Compensation. Pursuant to the Order of Judge Colleen Kollar-Kotelly (see Enclosure Tab 2), Congressman Sullivan filed this Claim with the United States Department of Labor on July 20, 2006. Please retain this copy for the case file.

Should you have any questions or require additional information, please contact me directly.

Sincerely,

Brad D. Weiss

Enclosures
cc:    Linda DeCarlo, District Director, U.S. Department of Labor, OWCP (w/ enclosures)
       Elaine Chao, Secretary of Labor (w/ enclosures)
       Edward Duncan, Deputy Director for Federal Employee's Compensation (w/ enclosures)
       Judge Colleen Kollar-Kotelly (w/ enclosures)
       Beverly M. Russell, Assistant United States Attorney (w/ enclosures)
       Patricia Thornton, Esq. (w/ enclosures)

ADDITIONAL OFFICES IN:
BETHESDA, MARYLAND · RICHMOND, VIRGINIA · WASHINGTON, DC