UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN SULLIVAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 05-1418(CKK) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THE PARTIES' MOTION FOR AN EXTENSION OF TIME TO FILE THEIR STATUS REPORT AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Parties jointly move for an extension of time to file their status report in the above-noted suit. The current filing deadline was Friday, September 15, 2006. In support of the motion, the Parties state the following.

By order dated June 22, 2006, this Court stayed the instant case to September 15, 2006 to allow Plaintiff time to file a grievance with the Secretary of Labor pursuant to the Federal Employee's Compensation Act ("FECA") and, in the same Order, required that the Parties file a joint status report also by September 15 regarding the progress of Plaintiff's FECA claim. Regrettably, both Parties inadvertently overlooked this latter deadline and apologize to the Court for doing so. Because of the missed deadline, the Parties request an extension to September 19, 2006 to file the joint status report as required by the Court in its June 22, 2006 Order.

A proposed Order consistent with the relief requested herein is attached.

Respectfully Submitted,

/s/ Patricia M. Thornton /bmr          /s/ Kenneth L. Wainstein /bmr
_____            _____
PATRICIA M. THORNTON,                  KENNETH L. WAINSTEIN,
D.C. Bar #351951                       D.C. BAR #451058
BACON, THORNTON & PALMER, LLT          United States Attorney
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770
Ph: (301) 345-7001


/s/ Brad D. Weiss /bmr                 /s/ Rudolph Contreras /bmr
_____            _____
BRAD D. WEISS                          RUDOLPH CONTRERAS,
D.C. BAR #370947                       D.C. BAR #434122
CHARAPP & WEISS, LLP                   Assistant United States Attorney
8300 Greensboro Drive, Suite 200
McLean, Virginia 22102
Ph: (703) 564-0220                     /s/ Beverly M. Russell
                                       _____
                                       BEVERLY M. RUSSELL, DC Bar #454257
                                       Assistant United States Attorney
                                       U.S. Attorney's Office for the District of Columbia
                                       555 4th Street, N.W., Room E-4915
                                       Washington, D.C. 20530
                                       Ph: (202) 307-0492