UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN,            ) | |
| ) | |
| Plaintiff       ) | |
| ) | Civil Action No. 05-1418(CKK) |
| v.            ) | |
| ) | |
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Defendant.      ) | |
| ) | |

ORDER

UPON CONSIDERATION of *The Parties' Motion for an Extension of Time to File Their Status Report and Memorandum in Support Thereof,* and for good cause shown, it is by the Court,

ORDERED that the motion should be and is hereby granted, and thus, the Parties shall have up to and including September 19, 2006 to file their Joint Report.

SO ORDERED.

_____            _____
DATE                    UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Patricia M. Thornton
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770

Brad D. Weiss
Charapp & Weiss, LLP
8300 Greensboro Drive, Suite 200
McLean, Virginia 22102

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C.  20530