UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN, )<br>)<br>    Plaintiff )<br>) Civil Action No. 05-1418(CKK)<br>    v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant. )<br>) | |

**JOINT STATUS REPORT**

By Order dated June 2, 2006, this Court granted Defendant's Motion to Stay in the instant suit, and in the same Order, provided Plaintiff until August 3, 2006 to file a grievance with the Secretary of Labor pursuant to the Federal Employees' Compensation Act ("FECA"). In the Order, the Court stayed this case to September 15, 2005 and required the Parties to file a joint status report by that same date. The Parties herein submit their Joint Status Report consistent with the deadline requested in the Parties' Motion for Extension of Time filed today, September 19, 2006.

On July 20, 2006, consistent with the Court's June 2, 2006 Order, Plaintiff filed a FECA claim with the United States Department of Labor. R. 17. Plaintiff subsequently requested additional time to provide supplemental information and such request was granted. Plaintiff's claim is currently under development by the Department of Labor's Office of Workers' Compensation Programs.

Respectfully Submitted,

/s/ Patricia M. Thornton /bmr                          /s/ Kenneth L. Wainstein /bmr
_____                         _____
PATRICIA M. THORNTON,                                   KENNETH L. WAINSTEIN,
D.C. Bar #351951                                        D.C. BAR #451058
BACON, THORNTON & PALMER, LLP                           United States Attorney
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770
Ph: (301) 345-7001


/s/ Brad D. Weiss /bmr                                  /s/ Rudolph Contreras /bmr
_____                         _____
BRAD D. WEISS                                           RUDOLPH CONTRERAS,
D.C. BAR #370947                                        D.C. BAR #434122
CHARAPP & WEISS, LLP                                    Assistant United States Attorney
8300 Greensboro Drive, Suite 200
McLean, Virginia 22102
Ph: (703) 564-0220                                      /s/ Beverly M. Russell
                                                        _____
                                                        BEVERLY M. RUSSELL, DC Bar #454257
                                                        Assistant United States Attorney
                                                        U.S. Attorney's Office for the District of Columbia
                                                        555 4th Street, N.W., Room E-4915
                                                        Washington, D.C.  20530
                                                        Ph:  (202) 307-0492