UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1418 (CKK) |

**PLAINTIFF'S MOTION FOR STAY AND EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Plaintiff John Sullivan moves, with the consent of counsel for all other parties[1], for a stay and extension of time to file a joint status report in the above-noted suit. The current filing deadline is November 30, 2006. In support of the motion, the parties state the following:

By paperless order entered on September 22, 2006, this Court extended the stay in the instant case to November 30, 2006 to allow Plaintiff to file a grievance with the Secretary of Labor pursuant to the Federal Employee's Compensation Act ("FECA") and, in the same Order, extended the deadline to file a Joint Status Report. The Department of Labor on November 13, 2006, notified Plaintiff that his claim pursuant to FECA was accepted. However, at this time Plaintiff is in the process of evaluating his rights and entitlements as it relates to the Secretary of Labor's determination that Plaintiff's claims are within the scope of employment and, therefore, covered under FECA. Additionally, Plaintiff is in the process of evaluating whether he is able to obtain recovery of all of his

---

[1] Counsel for the Defendant has consented to the contents and filing of this Motion. However, counsel for the Defendant took the position that it was unnecessary for counsel to sign on behalf of the Defendant to this Motion.

injuries under FECA. Based on these grounds, it is necessary for a further stay until this process is complete. As such, the Plaintiff respectfully request that this matter further be stayed and that an extension to February 2, 2007 to file the joint status report be granted.

                Respectfully submitted,

                __/s/ Patricia M. Thornton/bdw____
                Patricia M. Thornton
                D.C. Bar No. 351951
                Bacon, Thornton & Palmer, LLT
                6411 Ivy Lane, Suite 706
                Greenbelt, Maryland 20770
                (301) 345-7001 (office)

                __/s/ Brad D. Weiss____
                Brad D. Weiss
                D.C. Bar No. 370947
                Charapp & Weiss, LLP
                8300 Greensboro Drive, Suite 200
                McLean, Virginia 22102
                (703) 564-0220 (office)