UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 05-1418(CKK) |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
FOR THE PARTIES TO FILE THEIR JOINT STATUS REPORT AND
MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant moves for a brief extension of time to Wednesday, February 7, 2007, for the Parties to file their joint status report in the above-noted suit. The current filing deadline is today, Friday, February 2, 2007. Pursuant to Local Rule 7(m), Defendant consulted with Plaintiff's counsel on this non-dispositive Motion, and was informed that Plaintiff does not oppose the relief requested herein. Defendant additionally notes that Plaintiff, for his part, was prepared to file the Report today. However, Defendant requires an additional, brief period of time to allow its counsel to consult with the Department of Labor for purposes of ensuring that the Joint Report comprehensively explains to the Court the current status of the processing of Plaintiff's Federal Employee's Compensation Act claim. Accordingly, for this reason, Defendant respectfully moves for an extension of time to February 7, 2007 for the Parties to file their joint status report in this suit.

A proposed Order consistent with the relief requested herein is attached.

Respectfully Submitted,


/s/ Jeffrey A. Taylor /mj
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /mj


_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney



/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Rm. E4915
Washington, D.C.  20530
Ph:  (202) 307-0492


2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of *Defendant's Unopposed Motion for an Extension of Time for the Parties to File Their Joint Report and Memorandum in Support Thereof* was made, this 2nd day of February, 2007 by the Court's Electronic Case Filing System to:

Patricia M. Thornton
Bacon, Thornton & Palmer, LLP
pthornton@lawbtp.com

Brad D. Weiss
CHARAPP & WEISS, LLP
brad.weiss@cwattorneys.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney