UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN, )<br>)<br>      Plaintiff )<br>)<br>      v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>      Defendant. )<br>) | Civil Action No. 05-1418(CKK) |

ORDER

UPON CONSIDERATION of *Defendant's Unopposed Motion for an Extension of Time for the Parties to File Their Joint Report and Memorandum in Support Thereof,* and for good cause shown, it is by the Court,

ORDERED that the motion should be and is hereby granted, and thus, the Parties shall have up to and including February 7, 2007 to file their Joint Report.

SO ORDERED.

_____       _____
DATE                                     UNITED STATES DISTRICT COURT JUDGE

<u>Copies of this order to</u>:
Patricia M. Thornton
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770

Brad D. Weiss
Charapp & Weiss, LLP
8300 Greensboro Drive, Suite 200
McLean, Virginia 22102

Beverly M. Russell
U.S. Attorney's Office for the
  District of Columbia, Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C.  20530