UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1418 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Federal Rules of Civil Procedure, the Parties submit a joint status report in the above-noted suit. The current filing deadline is February 7, 2007. In support of the status report, the Parties state the following:

By paperless order entered on September 22, 2006, this Court extended the stay in the instant case to November 30, 2006 to allow Plaintiff to file a grievance with the Secretary of Labor pursuant to the Federal Employee's Compensation Act ("FECA"). The Department of Labor on November 13, 2006, notified Plaintiff that his claim pursuant to FECA was accepted. Pursuant to this notification, Plaintiff timely submitted his claims for compensation. The Department of Labor is in the process of developing the medical evidence on the question of Plaintiff's entitlement to a schedule award for permanent impairment of his vision.

Additionally, the United States, Defendant in this suit, anticipates filing a Motion to Dismiss on or before February 28, 2007 consistent with the Court's June 22, 2006 Memorandum Opinion stating, "If after Plaintiff submits his claim to the Department of Labor, the Secretary then determines that Plaintiff's claim is covered by the FECA, that decision is binding on the Court such that the instant action would be dismissed upon notice to the Court." See Sullivan v. United States, Civil Action No. 05-1418(CKK)(D.D.C. June 22, 2006)(R. 16).

Respectfully Submitted,

PATRICIA M. THORNTON,
D.C. Bar #351951
BACON, THORNTON & PALMER, LLP
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770
Ph: (301) 345-7001

JEFFREY A. TAYLOR,
D.C. BAR #498610
United States Attorney

BRAD D. WEISS
D.C. BAR #370947
CHARAPP & WEISS, LLP
8300 Greensboro Drive, Suite 200
McLean, Virginia 22102
Ph: (703) 564-0220

RUDOLPH CONTRERAS,
D.C. BAR #434122
Assistant United States Attorney

BEVERLY M. RUSSELL,
D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Room E-4915
Washington, D.C. 20530
Ph: (202) 307-0492

2