Defendant's Exhibit 2

File Number: 252063969
ff-O-NO

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMP PROGRAMS
PO BOX 8300 DISTRICT 25 WAS
LONDON, KY 40742
Phone: (202) 513-6800

November 28, 2006

Date of Injury: 07/23/2003
Employee: JOHN SULLIVAN

THE HONORABLE JOHN SULLIVAN
Member, U.S. House of Representatives
1648 E 44TH STREET
TULSA, OK 74105

Dear Mr. SULLIVAN:

On November 13, 2006, this Office forwarded to you an acceptance letter regarding your claimed injury of July 23, 2003.

The letter indicated that the enclosures consisted of documents entitled "NOW THAT YOUR CLAIM HAS BEEN ACCEPTED", and "APPEAL RIGHTS". However, it has been noted that the APPEAL RIGHTS were inadvertently omitted from the correspondence sent to you. Therefore, enclosed herein is another set of documents to include the 1) acceptance letter, 2) NOW THAT YOUR CLAIM HAS BEEN ACCEPTED and (3 APPEAL RIGHTS.

Please note that the acceptance letter has been amended to reflect the date of November 28, 2006. This action has been taken so that your appeal rights have been timely preserved.

The Office apologizes for any delay or inconvenience this may have caused you.

Sincerely,


Charmayne Browne
Senior Claims Examiner

HOUSE OF REPRESENTATIVES
OTHER ESTABLISHMENTS
US HOUSE OF REPRESENTATIVES
B-215 LONGWORTH HOUSE OFFICE BLDG
WASHINGTON, DC 20515

BRAD D. WEISS, ESQ.
CHARAPP & WEISS, LLP
8300 GREENSBORO DRIVE
SUITE 200
MCLEAN, VIRGINIA 22101

File Number: 252063969
CA-1008-D-ACC

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMP PROGRAMS
PO BOX 8300 DISTRICT 25 WAS
LONDON, KY 40742
Phone: (202) 513-6800

November 28, 2006

Date of Injury: 07/23/2003
Employee: JOHN SULLIVAN

THE HONORABLE JOHN SULLIVAN
Member, U.S. House of Representatives
1648 E 44TH STREET
TULSA, OK 74105

Dear Mr. SULLIVAN:

This is to notify you that your timely claim under the Federal Employees' Compensation Act (FECA) for injuries to your left eye on July 23, 2003 has been accepted. The evidence of record indicates that you are a Member of Congress representing the State of Oklahoma. On July 23, 2003, while you were a passenger in a vehicle driven by a member of your staff, you sustained serious injuries to your left eye when your car had entered the Capitol grounds (the workplace premises in this case) and a security barrier near the Cannon House Office Building was suddenly raised while the vehicle was proceeding through the security checkpoint. The record reflects that the injuries occurred after you had presented identification to a Capitol Police Officer, but before your vehicle had proceeded past the physical security barrier. Under these circumstances, I find that the evidence of record establishes that your injuries occurred on the premises of your employing agency while you were reporting to work and your injuries occurred in the performance of duty and are therefore covered under the FECA. For employees having fixed places of work, injuries occurring on the premises of the employing agency, while an employee is going to or coming from work, before or after working hours, or at lunch time, are compensable under the FECA. See Wilmar Lewis Prescott, 22 ECAB 318 (1971); Annette Stonework, 36 ECAB 306 (1983); and Emma Varnerin, M.D., 14 ECAB 253 (1963).

The following diagnosed condition(s) and ICD-9 code(s) are accepted by the Office as being causally related to the July 23, 2003 injury: permanent traumatic mydriasis (379-L), aphakia (743-L), and retinal cryopexy scars with associated loss of vision, loss of depth perception, glare disability, loss of visual field, and the procedures of lensectomy and vitrectomy of the left eye, cryopexy of the retina (P14).

**Please advise all medical providers who are treating you for this injury of the accepted ICD-9 code(s). If this code needs to be revised, your doctor should explain in writing. Accurate coding facilitates timely bill processing.**

If your injury results in lost time from work, you may claim disability compensation on Form CA-7. If you believe that you have sustained permanent impairment to your vision as a result of your July 23, 2003 injury, you may claim compensation for a schedule award for permanent loss of vision on Form CA-7; in order for you to be eligible for a schedule award, the medical evidence (such as a report from your attending ophthalomologist) must establish that you have reached maximum medical improvement. See generally 5 U.S.C. § 8107; 20 C.F.R. § 10.103; § 10.133 and § 10.404.

File Number: 252063969
CA-1008-D-ACC

If you have not been released to full duty, have your treating physician provide a medical report that includes appropriate work restrictions and a statement as to when you will be released back to full duty without restrictions.

**TO EMPLOYER: IF A FORM CA-7 CLAIMING COMPENSATION FOR WAGE LOSS IS FILED, YOU ARE REMINDED THAT 20 C.F.R. 10.111(c) REQUIRES SUBMISSION OF FORM CA-7 WITHIN 5 WORKING DAYS.**
If you have any questions regarding your claim you may contact the Office at the above address. Automated information regarding compensation payments is available 24 hours per day by phoning 1-866-OWCP IVR (1-866-692-7487). All medical providers should call 1-866-335-8319 for any and all requests for authorization.   For all inquiries regarding any and all bills, including claimant reimbursements, contact 1-866-335-8319 or online at http://owcp.dol.acs-inc.com. If you, your doctor, or other providers require direct contact with a customer service representative you may call 1-850-558-1818 (THIS IS A TOLL CALL).

If you disagree with this decision, you should carefully review the attached appeal rights, and pursue whichever avenue is appropriate to your situation.

Sincerely,

CHARMAYNE BROWNE
Senior Claims Examiner

Enclosures: NOW THAT YOUR CLAIM HAS BEEN ACCEPTED; APPEAL RIGHTS

HOUSE OF REPRESENTATIVES
OTHER ESTABLISHMENTS
US HOUSE OF REPRESENTATIVES
B-215 LONGWORTH HOUSE OFFICE BLDG
WASHINGTON, DC 20515

BRAD D. WEISS, ESQ.
CHARAPP & WEISS, LLP
8300 GREENSBORO DRIVE
SUITE 200
MCCLEAN, VIRGINIA  22101

File Number: 252063969
CA-1008-D-ACC

## NOW THAT YOUR CLAIM HAS BEEN ACCEPTED

This fact sheet will answer some questions that are likely to arise. It provides
information about the payment of your medical bills and compensation, and about your
responsibilities in returning to work. This sheet supplements the information found in
Pamphlet CA-14, which was sent to you when you first filed your claim. Feel free to
access the Division of Federal Employees' Compensation web site at
http://www.dol.gov/esa/regs/compliance/owcp/fecacont.htm.

## MEDICAL PAYMENTS

**Your file number must appear on all bills. Bills and travel vouchers must be
received within the calendar year following the year in which medical service was
rendered or the claim was accepted, whichever occurs later.** Your acceptance letter
describes the medical condition(s) OWCP accepts as work-related and only treatment
for those conditions should be billed to the Office. The billing forms described below can
be obtained on line at http://www.dol.gov/libraryforms/. You are not responsible for
charges over the maximum allowed in the OWCP fee schedule. If a health benefits
carrier has paid medical bills for your accepted condition, the carrier may submit
complete, itemized billings to OWCP for consideration.

**-Physicians and Other Medical Providers (Except for Hospitals and Pharmacies).**
Bills for your accepted condition must be submitted on the standard American Medical
Association (AMA) billing form HCFA-1500, also known as OWCP-1500, to the address
noted in the letterhead. The provider must itemize services for each date separately, use
AMA (not state) CPT codes to describe the services performed, and provide their tax
identification number (EIN). The provider must sign the form (a signature stamp may
also be used).

**-Hospitals.** These bills must be submitted on Form UB-92. These bills must be fully
itemized, and the admission and discharge medical summaries should also be sent.

**-Pharmacies.** These bills should be submitted electronically by your pharmacy. If this is
not available, bills must be submitted on the Universal Claim Form or equivalent. The
pharmacy should include the following items: the case file number, the nine-digit tax ID
number, the NDC number, the prescription number, the quantity of medication
prescribed, the name of the prescribing physician, and the date of purchase. Your
physician's clinical notes or reports should show that the medicines prescribed were
needed to treat your work-related injury. Pharmacies can obtain decisions on coverage
of medications by calling 1-866-335-8319. The pharmacy will need to give your case file
number, the NDC code of the medication, and the date the prescription was filled.  If
you, your doctor, or other providers require direct contact with a customer service
representative you may call 1-850-558-1818 (THIS IS A TOLL CALL).

**-Chiropractors.** We will only pay for chiropractic treatment consisting of manual
manipulation of the spine to correct an accepted work-related spinal subluxation
demonstrated by x-ray, or if a medical doctor has prescribed physical therapy to be
administered by a chiropractor.

**-Reimbursements.** If you have paid authorized medical expenses, you may request
reimbursement by attaching Form CA-915, or a similar form, on the same required billing

File Number: 252063969
CA-1008-D-ACC

forms (such as HCFA-1500 or UB-82) specified above. In all cases, the medical provider's tax identification number (EIN) and proof of payment must be provided. Reimbursements are limited to the fee schedule amount.

-Reimbursement for Medical-Related Travel. Travel expenses should be claimed on form OWCP-957, Medical Travel Refund Request, available at http://www.dol.gov/esa/regs/compliance/owcp/forms.htm.

## COMPENSATION PAYMENTS

-Claims for Compensation. Any claim for lost wages must be submitted through your employing agency on Form CA-7. Your employing agency will complete its portion of this form and forward it to the Office. In cases of intermittent wage loss, Form CA-7a is also needed.

-Claims for Leave Buy-Back. Reinstatement of leave is subject to the approval of your employing agency. Prior to using your personal leave to cover injury-related absences from work, you are urged to review the instructions for Form CA-7b. To claim a leave buy-back, you must file Form CA-7b through your employing agency, along with Form CA-7 and Form CA-7a.

-Schedule Award. A schedule award may be claimed using Form CA-7only after maximum medical improvement has been reached. A schedule award of compensation is based upon permanent loss of use of a scheduled member or function of the body due to the work-related injury.

-Penalty. Any person who knowingly makes any false statement, misrepresentation, concealment of fact, or any other act of fraud to obtain compensation, or who knowingly accepts compensation to which he or she is not entitled, is subject to felony criminal prosecution and may, under appropriate U.S. criminal code provisions, be punished by a fine of not more than $10,000 or imprisonment for not more than five years, or both.

## RETURNING TO WORK

You are expected to return to work (including light duty or part-time work, if available) as soon as you are able. Once you return to work, or obtain new employment, notify this office immediately. Full compensation is payable only while you are unable to perform the duties of your regular job because of your accepted employment-related condition. If you receive a compensation check which includes payment for a period you have worked, return it to us immediately to prevent an overpayment of compensation.
-Nurse Intervention and Vocational Rehabilitation. OWCP may assign a registered nurse or a vocational rehabilitation counselor to contact you to facilitate your recovery and return to work. OWCP may suspend or reduce your benefits if you fail to cooperate with the nurse or the vocational rehabilitation counselor.

-Job Offers. You are legally obligated to accept work which is within your medical restrictions. OWCP may terminate your benefits if you refuse without good cause to accept such work.

File Number: 252063969
CA-1008-D-ACC

## CONTACTING THE OFFICE

The 24-hour toll-free Interactive Voice Response line (866) 692-7487 answers case-specific concerns, such as compensation payments. You can obtain information regarding medical payments, including all reimbursements, at http://owcp.dol.acs-inc.com or by calling 1-866-335-8319. If you need a medical authorization, please call 1-866-335-8319.  If you, your doctor, or other providers require direct contact with a customer service representative you may call 1-850-558-1818 (THIS IS A TOLL CALL). If you write us, please put your file number on each page.

Case Number: 252063969
Employee: JOHN SULLIVAN
Date: November 28, 2006

## EMPLOYEES' COMPENSATION ACT APPEAL RIGHTS

If you disagree with the attached decision, you have the right to request an appeal. If you wish to request an appeal, you should review these appeal rights carefully and decide which appeal to request. There are 3 different types of appeal: HEARING (this includes either an Oral Hearing, or a Review of the Written Record), RECONSIDERATION, and ECAB REVIEW. YOU MAY ONLY REQUEST ONE TYPE OF APPEAL AT THIS TIME. Place an "X" on the attached form indicating which appeal you are requesting. Complete the information requested at the bottom of the form. Place the form on top of any material you are submitting. Then mail the form with attachments to the address listed for the type of appeal that you select. Always write the type of appeal you are requesting on the outside of the envelope ("HEARING REQUEST", "RECONSIDERATION REQUEST", or "ECAB REVIEW"). Your appeal rights are as follows:

1. HEARING: If your injury occurred on or after July 4, 1966, and you have not requested reconsideration, as described below, you may request a Hearing. To protect your right to a hearing, any request for a hearing must be made before any request for reconsideration by the District Office (5 U.S.C. 8124(b)(1)). Any hearing request must also be made in writing, within 30 calendar days after the date of this decision, as determined by the postmark of your letter. (20 C.F.R. 10.616). There are two forms of hearing. You may request either one or the other, but not both.
a. One form of Hearing is an Oral Hearing. An informal oral hearing is conducted by a hearing representative at a location near your home. You may present oral testimony and written evidence in support of your claim. Any person authorized by you in writing may represent you at an oral hearing.
b. The other form of a Hearing is a Review of the Written Record. This is also conducted by a hearing representative. You may submit additional written evidence, which must be sent with your request for review. You will not be asked to attend or give oral testimony.

2. RECONSIDERATION: If you have additional evidence or legal argument that you believe will establish your claim, you may request, in writing, that OWCP reconsider this decision. The request must be made within one calendar year of the date of the decision, clearly state the grounds upon which reconsideration is being requested, and be accompanied by relevant evidence not previously submitted. This evidence might include medical reports, sworn statements, or a legal argument not previously made, which apply directly to the issue addressed by this decision. In order to ensure that you receive an independent evaluation of the new evidence, persons other than those who made this determination will reconsider your case. (20 C.F.R. 10.605-610)

3. REVIEW BY THE EMPLOYEES' COMPENSATION APPEALS BOARD (ECAB): If you believe that all available evidence that would establish your claim has already been submitted, you have the right to request review by the ECAB (20 C.F.R. 10.625). The ECAB will review only the evidence received prior to the date of this decision (20 C.F.R. Part 501). Any request for review by the ECAB should be made within 90 days from the date of this decision. The ECAB may waive failure to file within 90 days if you request review within one year of the date of this decision and show a good reason for the delay.

If you request reconsideration or a hearing (either oral or review of the written record), OWCP will issue a decision that includes your right to further administrative review of that decision.

---

Case No: 252063969                     Page No: 1                     Rec'd Date: 11/28/2006

Case Number: 252063969
Employee: JOHN SULLIVAN
Date: November 28, 2006

## APPEAL REQUEST FORM

If you decide to appeal this decision, read these instructions carefully. You must specify which procedure you request by checking one of the options listed below. Place this form on top of any materials you submit. Be sure to mail this form, along with any additional materials, to the appropriate address. YOU MAY ONLY REQUEST ONE TYPE OF APPEAL AT THIS TIME.

_____ **ORAL HEARING**

Depending on your geographical location, the issue involved in your case, the number of hearing requests in your area, and at the discretion of the hearing representative, we may be able to expedite your appeal by offering you a telephone hearing. If OWCP deems your case suitable for teleconference and you are open to this option, please check here. _____

_____ **REVIEW OF THE WRITTEN RECORD**

For each of these options, you must submit this form within 30 calendar days of the date of the decision. You may also submit additional written evidence with your request. You must mail your request to:

**Branch of Hearings and Review**
**Office of Workers' Compensation Programs**
**P. O. Box 37117**
**Washington, DC  20013-7117**

_____ **RECONSIDERATION:**

Submit your request within 1 calendar year of the date of the decision. You must state the grounds upon which reconsideration is being requested. Your request must also include relevant new evidence or legal argument not previously made. Mail your request to:

**DOL DFEC Central Mailroom**
**P. O. Box 8300**
**London, KY  40742**

_____ **ECAB APPEAL:**

Submit this form within 90 calendar days of the date of the decision. No additional evidence after the date of the decision will be reviewed. To expedite the processing of your ECAB appeal, you may include a completed copy of the AB 1 form used by ECAB to docket appeals available on the Department of Labor Web Site at www.dol.gov/ecab. Mail your request to:

**Employees' Compensation Appeals Board**
**200 Constitution Avenue NW, Room S-5220**
**Washington, DC  20210**

SIGNATURE_____TODAY'S DATE_____
PRINTED NAME_____DECISION DATE_____
ADDRESS_____PHONE_____
CITY _____STATE_____ZIP_____

File Number: 252063969
CA-1008-D-ACC

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMP PROGRAMS
PO BOX 8300 DISTRICT 25 WAS
LONDON, KY 40742
Phone: (202) 513-6800

November 13, 2006

Date of Injury: 07/23/2003
Employee: JOHN SULLIVAN

THE HONORABLE JOHN SULLIVAN
Member, U.S. House of Representatives
1648 E 44TH STREET
TULSA, OK 74105

Dear Mr. SULLIVAN:

This is to notify you that your timely claim under the Federal Employees' Compensation Act (FECA) for injuries to your left eye on July 23, 2003 has been accepted. The evidence of record indicates that you are a Member of Congress representing the State of Oklahoma. On July 23, 2003, while you were a passenger in a vehicle driven by a member of your staff, you sustained serious injuries to your left eye when your car had entered the Capitol grounds (the workplace premises in this case) and a security barrier near the Cannon House Office Building was suddenly raised while the vehicle was proceeding through the security checkpoint. The record reflects that the injuries occurred after you had presented identification to a Capitol Police Officer, but before your vehicle had proceeded past the physical security barrier. Under these circumstances, I find that the evidence of record establishes that your injuries occurred on the premises of your employing agency while you were reporting to work and your injuries occurred in the performance of duty and are therefore covered under the FECA. For employees having fixed places of work, injuries occurring on the premises of the employing agency, while an employee is going to or coming from work, before or after working hours, or at lunch time, are compensable under the FECA. See Wilmar Lewis Prescott, 22 ECAB 318 (1971); Annette Stonework, 36 ECAB 306 (1983); and Emma Varnerin, M.D., 14 ECAB 253 (1963).

The following diagnosed condition(s) and ICD-9 code(s) are accepted by the Office as being causally related to the July 23, 2003 injury: permanent traumatic mydriasis (379-L), aphakia (743-L), and retinal cryopexy scars with associated loss of vision, loss of depth perception, glare disability, loss of visual field, and the procedures of lensectomy and vitrectomy of the left eye, cryopexy of the retina (P14).

**Please advise all medical providers who are treating you for this injury of the accepted ICD-9 code(s). If this code needs to be revised, your doctor should explain in writing. Accurate coding facilitates timely bill processing.**

If your injury results in lost time from work, you may claim disability compensation on Form CA-7. If you believe that you have sustained permanent impairment to your vision as a result of your July 23, 2003 injury, you may claim compensation for a schedule award for permanent loss of vision on Form CA-7; in order for you to be eligible for a schedule award, the medical evidence (such as a report from your attending ophthalomologist) must establish that you have reached maximum medical improvement. See generally 5 U.S.C. § 8107; 20 C.F.R. § 10.103; § 10.133 and § 10.404.

File Number: 252063969
CA-1008-D-ACC

If you have not been released to full duty, have your treating physician provide a medical report that includes appropriate work restrictions and a statement as to when you will be released back to full duty without restrictions.

**TO EMPLOYER: IF A FORM CA-7 CLAIMING COMPENSATION FOR WAGE LOSS IS FILED, YOU ARE REMINDED THAT 20 C.F.R. 10.111(c) REQUIRES SUBMISSION OF FORM CA-7 WITHIN 5 WORKING DAYS.**
If you have any questions regarding your claim you may contact the Office at the above address. Automated information regarding compensation payments is available 24 hours per day by phoning 1-866-OWCP IVR (1-866-692-7487). All medical providers should call 1-866-335-8319 for any and all requests for authorization.   For all inquiries regarding any and all bills, including claimant reimbursements, contact 1-866-335-8319 or online at http://owcp.dol.acs-inc.com. If you, your doctor, or other providers require direct contact with a customer service representative you may call 1-850-558-1818 (THIS IS A TOLL CALL).

If you disagree with this decision, you should carefully review the attached appeal rights, and pursue whichever avenue is appropriate to your situation.

Sincerely,

CHARMAYNE BROWNE
Senior Claims Examiner

Enclosures: NOW THAT YOUR CLAIM HAS BEEN ACCEPTED; APPEAL RIGHTS

HOUSE OF REPRESENTATIVES
OTHER ESTABLISHMENTS
US HOUSE OF REPRESENTATIVES
B-215 LONGWORTH HOUSE OFFICE BLDG
WASHINGTON, DC 20515

BRAD D. WEISS, ESQ.
CHARAPP & WEISS, LLP
8300 GREENSBORO DRIVE
SUITE 200
MCCLEAN, VIRGINIA  22101

File Number: 252063969
CA-1008-D-ACC

## NOW THAT YOUR CLAIM HAS BEEN ACCEPTED

This fact sheet will answer some questions that are likely to arise. It provides information about the payment of your medical bills and compensation, and about your responsibilities in returning to work. This sheet supplements the information found in Pamphlet CA-14, which was sent to you when you first filed your claim. Feel free to access the Division of Federal Employees' Compensation web site at http://www.dol.gov/esa/regs/compliance/owcp/fecacont.htm.

### MEDICAL PAYMENTS

Your file number must appear on all bills. Bills and travel vouchers must be received within the calendar year following the year in which medical service was rendered or the claim was accepted, whichever occurs later. Your acceptance letter describes the medical condition(s) OWCP accepts as work-related and only treatment for those conditions should be billed to the Office. The billing forms described below can be obtained on line at http://www.dol.gov/libraryforms/. You are not responsible for charges over the maximum allowed in the OWCP fee schedule. If a health benefits carrier has paid medical bills for your accepted condition, the carrier may submit complete, itemized billings to OWCP for consideration.

-Physicians and Other Medical Providers (Except for Hospitals and Pharmacies). Bills for your accepted condition must be submitted on the standard American Medical Association (AMA) billing form HCFA-1500, also known as OWCP-1500, to the address noted in the letterhead. The provider must itemize services for each date separately, use AMA (not state) CPT codes to describe the services performed, and provide their tax identification number (EIN). The provider must sign the form (a signature stamp may also be used).

-Hospitals. These bills must be submitted on Form UB-92. These bills must be fully itemized, and the admission and discharge medical summaries should also be sent.

-Pharmacies. These bills should be submitted electronically by your pharmacy. If this is not available, bills must be submitted on the Universal Claim Form or equivalent. The pharmacy should include the following items: the case file number, the nine-digit tax ID number, the NDC number, the prescription number, the quantity of medication prescribed, the name of the prescribing physician, and the date of purchase. Your physician's clinical notes or reports should show that the medicines prescribed were needed to treat your work-related injury. Pharmacies can obtain decisions on coverage of medications by calling 1-866-335-8319. The pharmacy will need to give your case file number, the NDC code of the medication, and the date the prescription was filled. If you, your doctor, or other providers require direct contact with a customer service representative you may call 1-850-558-1818 (THIS IS A TOLL CALL).

-Chiropractors. We will only pay for chiropractic treatment consisting of manual manipulation of the spine to correct an accepted work-related spinal subluxation demonstrated by x-ray, or if a medical doctor has prescribed physical therapy to be administered by a chiropractor.

-Reimbursements. If you have paid authorized medical expenses, you may request reimbursement by attaching Form CA-915, or a similar form, on the same required billing

---

Case No: 252063969                Page No: 3                Rec'd Date: 11/13/2006

File Number: 252063969
CA-1008-D-ACC

forms (such as HCFA-1500 or UB-82) specified above. In all cases, the medical provider's tax identification number (EIN) and proof of payment must be provided. Reimbursements are limited to the fee schedule amount.

-**Reimbursement for Medical-Related Travel.** Travel expenses should be claimed on form OWCP-957, Medical Travel Refund Request, available at http://www.dol.gov/esa/regs/compliance/owcp/forms.htm.

## COMPENSATION PAYMENTS

-**Claims for Compensation.** Any claim for lost wages must be submitted through your employing agency on Form CA-7. Your employing agency will complete its portion of this form and forward it to the Office. In cases of intermittent wage loss, Form CA-7a is also needed.

-**Claims for Leave Buy-Back.** Reinstatement of leave is subject to the approval of your employing agency. Prior to using your personal leave to cover injury-related absences from work, you are urged to review the instructions for Form CA-7b. To claim a leave buy-back, you must file Form CA-7b through your employing agency, along with Form CA-7 and Form CA-7a.

-**Schedule Award.** A schedule award may be claimed using Form CA-7only after maximum medical improvement has been reached. A schedule award of compensation is based upon permanent loss of use of a scheduled member or function of the body due to the work-related injury.

-**Penalty.** Any person who knowingly makes any false statement, misrepresentation, concealment of fact, or any other act of fraud to obtain compensation, or who knowingly accepts compensation to which he or she is not entitled, is subject to felony criminal prosecution and may, under appropriate U.S. criminal code provisions, be punished by a fine of not more than $10,000 or imprisonment for not more than five years, or both.

## RETURNING TO WORK

You are expected to return to work (including light duty or part-time work, if available) as soon as you are able. Once you return to work, or obtain new employment, notify this office immediately. Full compensation is payable only while you are unable to perform the duties of your regular job because of your accepted employment-related condition. If you receive a compensation check which includes payment for a period you have worked, return it to us immediately to prevent an overpayment of compensation.
-**Nurse Intervention and Vocational Rehabilitation.** OWCP may assign a registered nurse or a vocational rehabilitation counselor to contact you to facilitate your recovery and return to work. OWCP may suspend or reduce your benefits if you fail to cooperate with the nurse or the vocational rehabilitation counselor.

-**Job Offers.** You are legally obligated to accept work which is within your medical restrictions. OWCP may terminate your benefits if you refuse without good cause to accept such work.

---

File Number: 252063969
CA-1008-D-ACC

## CONTACTING THE OFFICE

The 24-hour toll-free Interactive Voice Response line (866) 692-7487 answers case-specific concerns, such as compensation payments. You can obtain information regarding medical payments, including all reimbursements, at http://owcp.dol.acs-inc.com or by calling 1-866-335-8319. If you need a medical authorization, please call 1-866-335-8319. If you, your doctor, or other providers require direct contact with a customer service representative you may call 1-850-558-1818 (THIS IS A TOLL CALL). If you write us, please put your file number on each page.