# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John SULLIVAN )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>)<br>UNITED STATES OF AMERICA )<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 1:05CV01418(CKK) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S RENEWED MOTION TO DISMISS

COMES NOW the Plaintiff, John Sullivan ("Mr. Sullivan"), by and through counsel, and pursuant to Federal Rules of Civil Procedure, submits his Response to Defendant's Renewed Motion to Dismiss and states the following in support thereof:

1. This matter has been pending before this Court since July 2005, in part due to several requests by Defendant for additional time to respond. While the Department of Labor has putatively accepted Plaintiff's claim under the Federal Tort Claims Act, Plaintiff has not received a penny to date. Plaintiff was injured, however, on July 23, 2003.

2. Plaintiff does not object to dismissal of this matter without prejudice. Plaintiff does object to Defendant's request that this matter be dismissed with prejudice. In the event that Plaintiff's claims are not paid, or later denied, Plaintiff does not want this dismissal to prejudice him in any way.

WHEREFORE, Plaintiff John Sullivan respectfully requests that this Court order that the dismissal be without prejudice.

Respectfully submitted,


　　　　/s/ Patricia M. Thornton
Patricia M. Thornton (D.C. Bar No. 354951)
BACON, THORNTON & PALMER, LLP
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770
(301) 345-7001 (office)
(301) 345-7075 (facsimile)


　　　　/s/ Brad D. Weiss
Brad D. Weiss, Esq. (D.C. Bar No. 370947)
CHARAPP & WEISS, LLP
8300 Greensboro Drive; Suite 200
McLean, Virginia 22102
(703) 564-0220 (office)
(703) 564-0221 (facsimile)

Counsel for Plaintiff John Sullivan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Response to Defendant's Renewed Motion to Dismiss was served via first-class mail, postage prepaid, and the Court's Electronic Case Filing System on this **19th** day of **March 2007,** to the following:

>Kenneth L. Wainstein, Esq.
>R. Craig Lawrence, Esq.
>Beverly M. Russell, Esq.
>U.S. ATTORNEY'S OFFICE
>FOR THE DISTRICT OF COLUMBIA, CIVIL DIVISION
>555 4th Street, N.W., Rm. E-4915
>Washington, D.C. 20530
>(202) 307-0492
>Counsel for Defendant United States

                                        /s/ Brad D. Weiss
                                    Brad D. Weiss

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Sullivan<br>1648 E. 44th Street<br>Tulsa, Oklahoma 74105<br><br>   Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1418(CKK)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of Defendant United States' Renewed Motion to Dismiss, and it appearing that said motion should be granted, it is hereby

ADJUDGED, ORDERED AND DECREED, that this matter be dismissed WITHOUT PREJUDICE.

ENTERED THIS \_\_\_\_\_ DAY OF _____, 2007.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT COURT JUDGE

Cc:

Patricia M. Thornton, Esq.
BACON, THORNTON & PALMER, LLP
6411 Ivy Lane
Suite 706
Greenbelt, Maryland 20770

Brad D. Weiss, Esq.
CHARAPP & WEISS, LLP
8300 Greensboro Drive
Suite 200
McLean, Virginia 22102

Jeffrey A. Taylor, Esq.
Rudolph Contreras, Esq.
Beverly M. Russell, Esq.
U.S. ATTORNEY'S OFFICE
FOR THE DISTRICT OF COLUMBIA, CIVIL DIVISION
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530