UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN SULLIVAN,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Civil Action No. 05-1418 (CKK)

**ORDER**
(April 13, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this

13th day of April, 2007, hereby

ORDERED that [23] Defendant United States' Renewed Motion to Dismiss is

GRANTED; it is also

ORDERED that the instant case is DISMISSED.

***This is a final, appealable order.***

_____
      /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge